HENRY WOLLMAN et al., Copartners under the Firm
Name of WOLLMAN & WOLLMAN, Appellants, *v.* NEW-
ARK STAR PUBLISHING COMPANY, Respondent.

*Jurisdiction — when New York Supreme Court has no jurisdiction
of action brought by New York attorneys for services performed within
state for foreign corporation in defense of suits pending in Federal
courts.*

*Wollman* v. *Newark Star Publishing Co.,* 190 App. Div. 933, affirmed.
(Argued June 2, 1920; decided July 7, 1920.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 30, 1920, which reversed an order
of Special Term denying a motion to set aside service of
the summons and complaint in the above-entitled action
and granted said motion. The following question was
certified: " If a foreign corporation employs, in the state
of New York, members of the bar of the state of New York
to perform legal services for it in said state, in defense of
suits pending against it in the United States District
Court in New York (removed to the United States court
by the foreign corporation from the Supreme Court of the
state of New York), in which suits it had previously
entered its appearance, and said lawyers, in pursuance of
said employment, rendered services in the state of New
York for said foreign corporation, is that sufficient to
give the Supreme Court of New York jurisdiction in a
suit by such lawyers against said foreign corporation to
recover compensation for said services, which suit was
begun by service of summons, in the state of New York,
on the president of said foreign corporation? "

*Henry Wollman* for appellants.

*Harold H. Bowman* and *M. Casewell Heine* for
respondent.

Order affirmed, with costs, and question certified
answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, CRANE and ANDREWS, JJ.